**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                            **NO. 4:98CR00174-01 GTE**

**RODNEY L. EDGERSON**

**ORDER AND JUDGMENT**

Pending before the Court is the Motion to Revoke Supervised Release filed February 24,

2010.  On August 12, 2011, the Motion was heard before the Hon. G. Thomas Eisele.  Present

were AUSA Stephanie Mazzanti, AFPD Omar Greene, Mr. Edgerson and USPO Paul

Washington.  The Court went over the Violation Memorandum and the Defendant admitted that

he pled guilty to the state court charge, therefore the Court ruled that the Defendant had violated

the terms of his Supervised Release and GRANTED the Motion to Revoke.

**IT IS THEREFORE ORDERED** that the Motion to Revoke be, and it is hereby,

GRANTED and the supervised release of the Defendant is revoked.

**IT IS FURTHER ORDERED** that the Defendant is sentenced to **THIRTY (30)**

**Months in the Bureau of Prisons.  Further the Court imposes a period of TWENTY-FOUR**

**(24) Months Supervised Release to follow**.  Defendant was remanded to the United States

Marshal.

During incarceration the Court recommends that the Defendant participate in educational

and vocational programs and in nonresidential substance abuse treatment.

During supervised release the defendant shall participate under the guidance and

supervision of the U.S. probation office, in a substance abuse treatment program which may

include testing, outpatient counseling, and/or residential treatment.  Further, the defendant shall

abstain from the use of alcohol throughout the course of treatment.

Further, all previously imposed, general and standard provisions of supervised release remain in full force and effect.

IT IS SO ORDERED, this 16th day of August, 2011.

_____/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE